FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 JAN 16 PM 2:37

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | 8:08CR5 |
| Plaintiff,    ) | |
| ) | **INDICTMENT** |
| v.    ) | |
| ) | 21 U.S.C. § 846 |
| STANLEY L. SUOJANEN,    ) | 21 U.S.C. § 841(a)(1) |
| ) | 21 U.S.C. § 841(b)(1) |
| Defendant.    ) | |

The Grand Jury charges:

## COUNT I

From an unknown date but at least as early as December 11, 2007, up to and including December 12, 2007, in the District of Nebraska and elsewhere, STANLEY L. SUOJANEN, Defendant herein, did knowingly and intentionally, combine, conspire confederate and agree together and with other persons, some known to the grand jury and others unknown to the grand jury, to distribute and possess with intent to distribute 1,000 kilograms or more of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT II

On or about December 12, 2007, in the District of Nebraska, STANLEY L. SUOJANEN, Defendant herein, did knowingly and intentionally possess with intent to distribute 1,000 kilograms

or more of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1).

A TRUE BILL

███████████
FOREPERSON

JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

NANCY A. SVOBODA
Assistant U.S. Attorney