IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR5 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STANLEY J. SUOJANEN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Stanley J. Suojanen (Suojanen) to extend the pretrial motion deadline. The motion was made during a detention hearing on January 31, 2008. Suojanen consented to the motion and understood the additional time would be excluded under the Speedy Trial Act. For good cause shown, Suojanen's oral motion is granted.

Suojanen is given until March 7, 2008, in which to file pretrial motions in accordance with the progression order (Filing No. 7). The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **January 31, 2008 and March 7, 2008**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

The trial of this matter is continued *sine die* and will be rescheduled following the disposition of any pretrial motions filed in accordance with this order or the expiration of the motion deadline whichever later occurs.

**IT IS SO ORDERED.**

DATED this 31st day of January, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge