## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:08CR5** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **STANLEY L. SUOJANEN,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Stanley L. Suojanen (Suojanen) (Filing No. 17). Suojanen seeks an extension of time in which to file pretrial motions in accordance with the progression order (Filing No. 7). Suojanen's counsel represents that Suojanen will file an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Suojanen's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted. However, no further extensions of the pretrial motion deadline will be granted absent a showing that a manifest injustice would occur if such a request was denied.

**IT IS ORDERED:**

Defendant Suojanen's motion for an extension of time (Filing No. 17) is granted. Suojanen is given until **on or before April 29, 2008,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **March 14, 2008 and April 29, 2008**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 14th day of March, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge