IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR5 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **AFFIDAVIT OF STANLEY L.** |
| | ) | **SUOJANAN** |
| STANLEY L. SUOJANEN, | ) | |
| | ) | |
| Defendant, | ) | |

| | |
|---|---|
| STATE OF UTAH | ) |
| | ) ss. |
| COUNTY OF UTAH | ) |

I, Stanley L. Suojanen, Defendant herein, being fully advised of my right to a speedy trial as guaranteed by the 6th Amendment to the United States Constitution and 18 U.S.C. §3161, et seq., hereby waive the requirements of the Speedy Trial Act and consent to the requested extension of the deadline for filing pretrial motions in the above-captioned matter.

The ends of justice will be served by granting such an extension and outweigh the interests of the public and myself as Defendant in a speedy trial and I understand the additional time arising as a result of granting the extension shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.

FURTHER AFFIANT SAYETH NOT.

_____
Stanley L. Suojanen

SUBSCRIBED and sworn to before me this 29 day of April, 2008.

LINDA H. GILES
NOTARY PUBLIC·STATE OF UTAH
290 EAST STATE ROAD
PLEASANT GROVE, UTAH 84062
COMM. EXP. 4-7-2011

_____
Notary Public

CERTIFICATE OF SERVICE

    I, Clarence E. Mock, hereby certify that on May 13, 2008, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Nancy A. Svoboda, Assistant United States Attorney.

                                                       /s/ Clarence E. Mock
                                                          Clarence E. Mock