IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CR5 |
| | ) | |
| STANLEY L. SUOJANEN, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's unopposed Motion to Continue Hearing on Motion to Suppress [35] while defendant's appeal was ongoing. Counsel has notified the court that the appeal process is over and the Motion to Suppress [28] should be set for hearing.

IT IS ORDERED:

1. That the defendant's unopposed Motion to Continue Hearing on Motion to Suppress [35] is granted; and

2. That the Motion to Suppress [28] is set for evidentiary hearing on **October 16, 2008** at **9:00 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 3rd day of September, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge