IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR5 |
| Plaintiff, | ) | |
| | ) | ADOPTION OF PRESENTENCE |
| vs. | ) | INVESTIGATION REPORT |
| | ) | |
| STANLEY SUOJANEN, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Plaintiff, United States of America, and pursuant to NECrimR. 32.1(b), regarding Sentencing Procedures, hereby states it has no objections, additions, or changes to be made to the Presentence Investigation Report completed in connection with this case. Plaintiff anticipates offering no evidence at sentencing, other than to rebut or address those issues raised by Defendant. Plaintiff hereby adopts the information and materials contained within the Presentence Investigation Report.

Dated this 12th day of May, 2009.

                                              UNITED STATES OF AMERICA,
                                              Plaintiff

                                              JOE W. STECHER
                                              United States Attorney

                             By:    s/Nancy A. Svoboda
                                    NANCY A. SVOBODA (#17429)
                                    Assistant United States Attorney
                                    1620 Dodge Street, Suite 1400
                                    Omaha, Nebraska 68102-1506
                                    (402) 661-3700

CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2009, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Mr. Clarence Mock, Attorney at Law

I do hereby also certify that I caused a true and correct copy of the foregoing to be mailed to Laura L. Baumann, U.S. Probation Officer, a non CM/ECF participant by having placed same in the U.S. Mail, properly addressed and postage prepaid on May 12, 2009

 s/Nancy A. Svoboda
NANCY A. SVOBODA
Assistant United States Attorney